UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BENJAMIN JAY BARBER, | Civil Case No. 3:22-CV-00134-MO |
| Plaintiff, | **ORDER DENYING *IN FORMA PAUPERIS* STATUS** |
| v. | |
| UNITUS COMMUNITY CREDIT UNION, | |
| Defendant. | |

MOSMAN, Judge:

Plaintiff moves to proceed *in forma pauperis*. Based upon this application, the Court concludes that Plaintiff is capable of paying the $400 filing fee without undue hardship. Plaintiff failed to identify a source of funds identified in his complaint, the "proceeds of the class action settlement check," on his IFP application.

Page 1 - ORDER DENYING *In Forma Pauperis* STATUS

Accordingly, Plaintiff's application to proceed *in forma pauperis* is DENIED. Plaintiff shall submit the requisite filing fee within THIRTY (30) days of the date of this order.

Plaintiff is advised that failure to submit the filing fee shall result in the dismissal of this action.

Dated this ___7th___ of February, 2022.

_____
MICHAEL W. MOSMAN
Senior United States District Judge