## IN THE US DISTRICT COURT FOR THE DISTRICT OF OREGON

Benjamin Jay Barber

Case No. 3:22-CV-00134-MO

V.

Unitus Community Credit Union.

Renewed Motion for In Forma Pauperis
Filed under penalty of perjury.

The Plaintiff includes his financial statements regarding his income. Plaintiff receives between $250-300 a month of income, depending on the price of the Ethereum cryptocurrency. With Regards to the "class action settlement check", plaintiff was a member of the class for the litigation Great Northern Resources, Inc. v Coba 3:20-cv-01866-IM, and was sent a check for $1000. However I cannot use those proceeds, because I do not have a bank account, and the defendant refuses to open me a bank account, spuriously claiming that they cannot verify my identity, despite myself being a previous customer of theirs, and providing 5 forms of ID.

With regards to questions of why I do not make more income. I was previously employed as a software engineer before my conviction. However now I live with my mother and step father with intellectual disabilities, and who rely on a walker, in addition to the herding dog they shouldn't have bought because of its needs. Moreover I have been shot in the eye with a gun and have Crohn's disease, and the sorts of work that I am well suited for, are limited to the computer field.

However because the State of Oregon has incarcerated me for 5 years for publishing pornography which was originally made by myself and my ex wife to make money, which was admitted by my ex wife during the trial itself, I am having a difficult time returning to my chosen field of employment. So instead I have been studying the field of "Machine Learning", and additional mathematics, and building open source software, to demonstrate I can be employed.

/s/ Benjamin Barber

Ben Barber





**Direct deposit**
Get paid in crypto without trading fees
Get started

×

• • •

1M

Portfolio balance

# $16.65

| FEB 10 | FEB 23 | MAR 8 |

## Your assets

## Recurring buys

Add new

 **Learn about recurring buys**
Invest daily, weekly, or monthly

>

## Watchlist

 **Bitcoin**
BTC

$42,254.43
+9.15%  ★

 **Ethereum**

$2,720.50  ★

| Type | Description | Date/Time | Purchase Amount | Merchant Location |
|---|---|---|---|---|
| Purchase | Amazon Prime*1W39V9PT1 | 2:02am 3/2/22 | -$6.99 | , Amzn.com/bill, WA 98109 US |
| Reload | Amazon Prime*1W39V9PT1 | 2:02am 3/2/22 | $6.99 | , Amzn.com/bill, WA 98109 US |
| Purchase | PAYPAL *CENTURYLINK | 1:29pm 3/2/22 | -$35.00 | , 402-935-7733, LA 71203 US |
| Reload | PAYPAL *CENTURYLINK | 1:29pm 3/2/22 | $35.00 | , 402-935-7733, LA 71203 US |
| Reload | Amazon Prime | 3:59pm 3/2/22 | $12.99 | , Amzn.com/bill, WA 98109 US |
| Purchase | Amazon Prime | 3:59pm 3/2/22 | -$12.99 | , Amzn.com/bill, WA 98109 US |
| Purchase | OPENAI | 1:29am 3/3/22 | -$4.12 | , OPENAI.COM, CA 94104 US |
| Reload | OPENAI | 1:29am 3/3/22 | $4.12 | , OPENAI.COM, CA 94104 US |
| Purchase | PAYPAL *DIGITALOCEA | 5:31pm 3/6/22 | -$10.00 | , 402-935-7733, NY 10013 US |
| Reload | PAYPAL *DIGITALOCEA | 5:31pm 3/6/22 | $10.00 | , 402-935-7733, NY 10013 US |
| Purchase | GOOGLE *Google Storage | 3:32am 3/7/22 | -$1.99 | , 855-836-3987, CA 94043 US |
| Reload | GOOGLE *Google Storage | 3:32am 3/7/22 | $1.99 | , 855-836-3987, CA 94043 US |
| Purchase | PAYPAL *GODADDY.COM | 1:42am 3/8/22 | -$24.34 | , 402-935-7733, AZ 85260 US |
| Reload | PAYPAL *GODADDY.COM | 1:42am 3/8/22 | $24.34 | , 402-935-7733, AZ 85260 US |
| Purchase | US PATENT TRADEMARK | 7:21am 3/8/22 | -$250.00 | , 571-272-6500, VA 22314 US |
| Reload | US PATENT TRADEMARK | 7:21am 3/8/22 | $250.00 | , 571-272-6500, VA 22314 US |
| Purchase | OR SEC STATE CORPDIV | 8:16am 3/8/22 | -$100.00 | , 503-9865376, OR 97310 US |
| Reload | OR SEC STATE CORPDIV | 8:16am 3/8/22 | $100.00 | , 503-9865376, OR 97310 US |

| | |
|---|---|
| Dates covered | 3/1/2022 - 3/31/2022 |
| Starting balance | $0.00 |
| Ending balance | $0.00 |
| Fees (for month) | $0.00 |
| Fees (year to-date) | $0.00 |
| Fees (for last 12) | $0.00 |
| Account number | XXXX XXXX XXXX 9613 |
| Card ending in | 9613 |

The Coinbase Visa® Prepaid Card is issued by MetaBank®, N.A., Member FDIC, pursuant to a license from Visa U.S.A. Inc. Coinbase Card is powered by Marqeta.

Contact support -

In case of errors or question about your electronic transfers telephone us at 1-888-908-7930 or write us at 100 Pine Street, San Francisco, CA 94111 as soon as you can

if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

Disclaimers -

1. This report does not reflect your total Coinbase wallet balance on these dates.

2. This report does not include digital currency sales fees or other fees and charges paid to Coinbase under your user agreement during this period. See Card transaction list on your Coinbase Card page for full details.

# coinbase

**Transaction report for benjamin barber**

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Coinbase Earn transactions, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| | | | |
|---|---|---|---|
| **Date range** | | **Filter** | **Customer** |
| From: 2012-01-01T00:00:00Z | | Type: sell | starworks5@gmail.com |
| To: 2022-03-09T20:02:49Z | | Asset: ETH | 580c141074462c362f74e40d |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2020-11-11T05:55:15Z | Sell | ETH | 0.25 | USD | 458.88 | $114.72 | $111.73 | Sold 0.2500 ETH for $111.73 U |
| 2021-01-14T21:58:30Z | Sell | ETH | 0.02451216 | USD | 1181.86 | $28.97 | $26.98 | Sold 0.02451216 ETH for $26.9 USD |
| 2021-01-22T00:20:35Z | Sell | ETH | 0.05644937 | USD | 1086.46 | $61.33 | $58.34 | Sold 0.05644937 ETH for $58 USD |
| 2021-01-29T03:32:26Z | Sell | ETH | 0.01514323 | USD | 1329.97 | $20.14 | $18.65 | Sold 0.01514323 ETH for $18.6 USD |
| 2021-02-05T20:57:42Z | Sell | ETH | 0.01719427 | USD | 1713.36 | $29.46 | $27.47 | Sold 0.01719427 ETH for $27.4 USD |
| 2021-03-30T21:10:13Z | Sell | ETH | 0.06572663 | USD | 1835.02 | $120.61 | $117.62 | Sold 0.06572663 ETH for $117 USD |
| 2021-04-03T19:27:12Z | Sell | ETH | 0.02304451 | USD | 2075.55 | $47.83 | $45.84 | Sold 0.02304451 ETH for $45 USD |
| 2021-04-23T07:02:29Z | Sell | ETH | 0.01597369 | USD | 2181.71 | $34.85 | $32.86 | Sold 0.01597369 ETH for $32. USD |
| 2021-05-03T05:03:20Z | Sell | ETH | 0.03120737 | USD | 3038.38 | $94.82 | $91.83 | Sold 0.03120737 ETH for $91. USD |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2021-05-14T08:35:40Z | Sell | ETH | 0.05006035 | USD | 3859.94 | $193.23 | $190.24 | Sold 0.05006035 ETH for $19 USD |
| 2021-06-02T21:23:11Z | Sell | ETH | 0.04274387 | USD | 2716.88 | $116.13 | $113.14 | Sold 0.04274387 ETH for $113 USD |
| 2021-06-17T20:58:05Z | Sell | ETH | 0.042 | USD | 2328.81 | $97.81 | $94.82 | Sold 0.0420 ETH for $94.82 L |
| 2021-06-19T06:39:27Z | Sell | ETH | 0.10137895 | USD | 2224.62 | $225.53 | $222.17 | Sold 0.10137895 ETH for $222 USD |
| 2021-06-29T00:09:23Z | Sell | ETH | 0.05 | USD | 2083.60 | $104.18 | $101.19 | Sold 0.0500 ETH for $101.19 L |
| 2021-07-04T04:42:13Z | Sell | ETH | 0.10003478 | USD | 2215.73 | $221.65 | $218.35 | Sold 0.10003478 ETH for $218 USD |

# coinbase

**Transaction report for benjamin barber**

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Coinbase Earn transactions, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| | | |
|---|---|---|
| **Date range** | **Filter** | **Customer** |
| From: 2012-01-01T00:00:00Z | Type: receive | starworks5@gmail.com |
| To: 2022-03-09T20:00:54Z | Asset: ETH | 580c141074462c362f74e40 |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2020-11-11T05:19:17Z | Receive | ETH | 0.25 | USD | 461.10 | | | Received 0.2500 ETH from an external account |
| 2021-01-14T09:55:29Z | Receive | ETH | 0.02451216 | USD | 1153.56 | | | Received 0.02451216 ETH from an ext account |
| 2021-01-21T09:58:03Z | Receive | ETH | 0.02139307 | USD | 1266.84 | | | Received 0.02139307 ETH from an ext account |
| 2021-01-28T10:04:26Z | Receive | ETH | 0.01514323 | USD | 1287.66 | | | Received 0.01514323 ETH from an ext account |
| 2021-02-04T10:09:38Z | Receive | ETH | 0.01719427 | USD | 1644.25 | | | Received 0.01719427 ETH from an ext account |
| 2021-02-19T22:54:16Z | Receive | ETH | 0.01002321 | USD | 1957.68 | | | Received 0.01002321 ETH from an ext account |
| 2021-03-06T01:19:30Z | Receive | ETH | 0.02929548 | USD | 1537.42 | | | Received 0.02929548 ETH from an ex account |
| 2021-03-20T01:47:30Z | Receive | ETH | 0.02640794 | USD | 1822.68 | | | Received 0.02640794 ETH from an external account |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2021-04-03T07:37:39Z | Receive | ETH | 0.02304451 | USD | 2121.54 | | | Received 0.02304451 ETH from an ex account |
| 2021-04-17T18:11:26Z | Receive | ETH | 0.01597369 | USD | 2358.08 | | | Received 0.01597369 ETH from an ext account |
| 2021-05-02T16:58:42Z | Receive | ETH | 0.03536311 | USD | 2926.10 | | | Received 0.03536311 ETH from an ext account |
| 2021-05-14T07:54:58Z | Receive | ETH | 0.05006035 | USD | 3884.56 | | | Received 0.05006035 ETH from an external account |
| 2021-05-29T02:17:49Z | Receive | ETH | 0.0416693 | USD | 2516.02 | | | Received 0.0416693 ETH from an exte account |
| 2021-06-17T05:30:12Z | Receive | ETH | 0.042 | USD | 2421.99 | | | Received 0.0420 ETH from an externa account |
| 2021-06-19T06:12:39Z | Receive | ETH | 0.10002369 | USD | 2245.07 | | | Received 0.10002369 ETH from an ex account |
| 2021-06-28T23:55:01Z | Receive | ETH | 0.05 | USD | 2080.28 | | | Received 0.0500 ETH from an externa account |
| 2021-07-04T01:16:13Z | Receive | ETH | 0.10003478 | USD | 2197.71 | | | Received 0.10003478 ETH from an ex account |
| 2021-07-18T22:05:51Z | Receive | ETH | 0.10001597 | USD | 1925.70 | | | Received 0.10001597 ETH from an ext account |
| 2021-08-06T08:13:53Z | Receive | ETH | 0.09836103 | USD | 2773.76 | | | Received 0.09836103 ETH from an ex account |
| 2021-08-09T15:09:16Z | Receive | ETH | 0.02030631 | USD | 3125.63 | | | Received 0.02030631 ETH from an ext account |
| 2021-08-12T21:02:43Z | Receive | ETH | 0.01401469 | USD | 3054.49 | | | Received 0.01401469 ETH from an ext account |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2021-08-29T22:14:20Z | Receive | ETH | 0.06601402 | USD | 3250.30 | | | Received 0.06601402 ETH from an ex account |
| 2021-09-06T05:20:24Z | Receive | ETH | 0.03073366 | USD | 3918.51 | | | Received 0.03073366 ETH from an external account |
| 2021-09-07T21:54:39Z | Receive | ETH | 0.00771255 | USD | 3356.35 | | | Received 0.00771255 ETH from an ext account |
| 2021-09-14T08:02:12Z | Receive | ETH | 0.02303795 | USD | 3321.48 | | | Received 0.02303795 ETH from an ex account |
| 2021-09-28T01:39:18Z | Receive | ETH | 0.05321186 | USD | 2941.76 | | | Received 0.05321186 ETH from an ext account |
| 2021-10-01T08:47:51Z | Receive | ETH | 0.01233125 | USD | 3106.30 | | | Received 0.01233125 ETH from an ext account |
| 2021-10-08T18:48:13Z | Receive | ETH | 0.03458626 | USD | 3635.51 | | | Received 0.03458626 ETH from an ex account |
| 2021-10-29T06:44:14Z | Receive | ETH | 0.09326501 | USD | 4349.64 | | | Received 0.09326501 ETH from an ex account |
| 2021-11-04T06:18:16Z | Receive | ETH | 0.0227461 | USD | 4549.54 | | | Received 0.0227461 ETH from an exte account |
| 2021-11-09T07:31:36Z | Receive | ETH | 0.01762838 | USD | 4811.41 | | | Received 0.01762838 ETH from an ex account |
| 2021-11-15T10:11:50Z | Receive | ETH | 0.02086236 | USD | 4717.25 | | | Received 0.02086236 ETH from an external account |
| 2021-11-30T07:39:44Z | Receive | ETH | 0.05553616 | USD | 4399.32 | | | Received 0.05553616 ETH from an ex account |
| 2021-12-22T07:39:20Z | Receive | ETH | 0.07583175 | USD | 4052.98 | | | Received 0.07583175 ETH from an ext account |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-02-03T13:31:55Z | Receive | ETH | 0.09855789 | USD | 2622.16 | | | Received 0.09855789 ETH from an ex account |
| 2022-02-08T11:30:43Z | Receive | ETH | 0.01820156 | USD | 3109.46 | | | Received 0.01820156 ETH from an ext account |
| 2022-03-03T05:02:34Z | Receive | ETH | 0.07904428 | USD | 2904.62 | | | Received 0.07904428 ETH from an external account |
| 2022-03-03T06:48:27Z | Receive | ETH | 0.00575257 | USD | 2913.40 | | | Received 0.00575257 ETH from an ex account |
| 2022-03-08T07:48:12Z | Receive | ETH | 0.01774268 | USD | 2537.20 | | | Received 0.01774268 ETH from an ext account |