IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BENJAMIN JAY BARBER,**

        Plaintiff,

v.

**UNITUS COMMUNITY CREDIT UNION, REBECCA RICH,**

        Defendants.

No. 3:22-cv-00134-MO

ORDER TO SHOW CAUSE

**MOSMAN, J.,**

On March 15, 2022, the Court granted Plaintiff's Motion for Leave to Proceed In Forma Pauperis. Order [ECF 9]. Plaintiff has failed to send in his summons to the Court. Therefore, per Local Rule 41-2(a), IT IS ORDERED that Plaintiff must appear in writing within fourteen days from the date of this order to show cause why this case should not be dismissed for want of prosecution. If no appearance is made, this case will be dismissed.

DATED this 13 day of June, 2022.

                                                 MICHAEL W. MOSMAN
                                                 Senior United States District Judge

1 – ORDER TO SHOW CAUSE