In the US District Court for the State of Oregon

Benjamin Jay Barber  
V.  
Unitus Community Credit Union,  
Rebecca Rich, in her official capacity  
as branch manager for Unitus  
Unknown John Doe, in his official capacity as  
bank teller for Unitus

Case No. 3:22-cv-00134-MO

**Notice of Appearance**

**Notice of Appearance**

Plaintiff declares that the delays with this matter, relate to the collapse of his Ethereum Assets, because of the collapse in price after the federal reserve interest rate changes, and not having the liquid assets to pay for the Multnomah County Sheriff's Department to serve the documents.

| Paid On | From Block | To Block | Duration | Amount | Tx Hash |
|---|---|---|---|---|---|
| 27. Jun. 2022 01:33 | 14898696 | 15033441 | 565.8 h | 100.61 USD | 0x6ee84e2... |
| 03. Jun. 2022 11:44 | 14702499 | 14898696 | 758.3 h | 123.04 USD | 0xd3812db... |
| 02. May 2022 21:29 | 14498335 | 14702499 | 767.5 h | 109.62 USD | 0xdfcfafd... |

Date 6/27/2022  
/s/  
Benjamin Barber

*Ben Bak* (signature)