IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BENJAMIN JAY BARBER,**

        Plaintiff,

        Case No. 3:22-cv-00134-MO

v.

        ORDER OF DISMISSAL

**UNITUS COMMUNITY CREDIT UNION, REBECCA RICH,**

        Defendants.

**MOSMAN, J.,**

        On June 13, 2022, the Court ordered Plaintiff Benjamin Jay Barber to show cause why this case should not be dismissed for want of prosecution as Plaintiff failed to send in his summons to the Court. [ECF 10]. The Order gave Plaintiff fourteen days to show cause. On June 27, 2022, Plaintiff submitted two filings: a Notice [ECF 12] and an Amended Complaint [ECF 11]. Neither document shows cause as to why this case should not be dismissed for want of prosecution. Therefore, I DISMISS this case with prejudice.

        DATED this 11th day of July, 2022.

                                        MICHAEL W. MOSMAN
                                        Senior United States District Judge

1 – ORDER OF DISMISSAL