FILED 25 JUL '22 14:29 USDC-ORP

In the US District Court for the State of Oregon

Benjamin Jay Barber
V.                                      Case No.  3:22-cv-00134-MO
Unitus Community Credit Union,
Rebecca Rich, in her official capacity        **Notice of Appeal**
as branch manager for Unitus
Unknown John Doe, in his official capacity as
bank teller for Unitus

Plaintiff provides notice of appeal for the dismissal of the action with prejudice.

DATE  7/25/2022                         /S/  Be Barb