Trish A. Walsh, OSB #101604
twalsh@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Defendants Unitus Community Credit Union and Rebecca Rich

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| BENJAMIN JAY BARBER,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITUS COMMUNITY CREDIT UNION, REBECCA RICH, and JOHN DOE,<br><br>                    Defendants. | Case No.   3:22-cv-00134-MO<br><br>DECLARATION OF TRISH A. WALSH IN SUPPORT OF DEFENDANTS' **UNOPPOSED** MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT |

I, Trish A. Walsh, do hereby declare:

1.  I am an attorney at the law firm Farleigh Wada Witt, and I represent Defendants Unitus Community Credit Union and Rebecca Rich ("Defendants") in the above-captioned case. I make this Declaration based on my personal knowledge of the matters set forth herein.

2.  On August 31, 2022, I left a detailed voicemail at the telephone number for plaintiff Benjamin Barber ("Plaintiff") that appears on the Process Receipt and Return (see Dkt. No. 20), requesting a 30-day extension of the answer deadline. Later that day, Plaintiff responded with an emailed written response. Attached hereto as Exhibit 1 is a true copy of the email that I received from Plaintiff on August 31, 2022.

Page 1 -   DECLARATION OF TRISH A. WALSH IN SUPPORT OF DEFENDANTS'
           UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

   3. There have been no prior requests for extension. This extension is sought in good faith and not for the purpose of delay. No party will be prejudiced by this extension.

   I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

   DATED:  September 1, 2022.

            By: /s/ Trish A. Wals
               Trish A. Walsh, OSB# 101604

Page 2 - DECLARATION OF TRISH A. WALSH IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: None; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Benjamin Jay Barber
10043 SE 32nd Avenue
Milwaukie, OR  97222

FARLEIGH WADA WITT


By:   /s/ Trish A. Walsh
Trish A. Walsh, OSB #101604
Attorneys for Defendants
121 SW Morrison St., Suite 600
Portland, Oregon 97204
(503) 228-6044
twalsh@fwwlaw.com