| | |
|---|---|
| **From:** | benjamin barber |
| **To:** | Trish Walsh |
| **Subject:** | Extension of time |
| **Date:** | Wednesday, August 31, 2022 4:37:13 PM |

I have no problem with an extension of time, contingent on the time being spent getting to the bottom of what is going on over there, and why they believe that I can't prove my identity, so that I can open up a bank account. I don't know if I am able to get another check from a settlement in the district court, which was from the "black only" coronavirus fund settlement.

If you need any evidence to prove my identity, please let me know.

Exhibit 1
Page 1 of 1