Trish A. Walsh, OSB #101604
twalsh@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

      Attorneys for Defendants Unitus Community Credit Union and Rebecca Rich

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BENJAMIN JAY BARBER,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITUS COMMUNITY CREDIT UNION, REBECCA RICH, and JOHN DOE,<br><br>              Defendants. | Case No.   3:22-cv-00134-MO<br><br>DEFENDANT UNITUS COMMUNITY CREDIT UNION'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Unitus Community Credit Union ("Unitus") states that it is an Oregon-chartered credit union. No parent or publicly traded entities own any stock of Unitus.

DATED this 1st day of September, 2022.

                                          FARLEIGH WADA WITT


                                          By:   /s/ Trish A. Walsh
                                                 Trish A. Walsh, OSB #101604
                                                 twalsh@fwwlaw.com
                                                 (503) 228-6044

                                               Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  None; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Benjamin Jay Barber
10043 SE 32nd Avenue
Milwaukie, OR  97222

FARLEIGH WADA WITT


By: /s/ Trish A. Walsh
    Trish A. Walsh, OSB #101604
    Attorneys for Defendants
    121 SW Morrison St., Suite 600
    Portland, Oregon 97204
    (503) 228-6044
    twalsh@fwwlaw.com

Page  1 – CERTIFICATE OF SERVICE