**FILED**

SEP 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BENJAMIN BARBER, | No. 22-35580 |
| Plaintiff-Appellant, | D.C. No. 3:22-cv-00134-MO<br>District of Oregon,<br>Portland |
| v. | |
| UNITUS COMMUNITY CREDIT UNION; et al., | ORDER |
| Defendants-Appellees. | |

Before: M. SMITH, BRESS, and VANDYKE, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the district court granted appellant's motion to reconsider the July 11, 2022 order of dismissal, and reopened the case. *See* Fed. R. App. P. 4(a)(4).

Because the action is still pending in the district court, this appeal is dismissed for lack of jurisdiction. *See* 28 U.S.C. § 1291.

**DISMISSED.**

DA/Pro Se