UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BENJAMIN BARBER,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>UNITUS COMMUNITY CREDIT UNION; et al.,<br><br>      Defendants - Appellees. | No. 22-35580<br><br>D.C. No. 3:22-cv-00134-MO<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered September 22, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7