In the US District Court for the State of Oregon

Benjamin Jay Barber
V.
Unitus Community Credit Union,
Rebecca Rich, in her official capacity as branch manager for Unitus
Unknown John Doe, in his official capacity as bank teller for Unitus

Case No. 3:22-cv-00134-MO

Motion to Extend Time, to file Opposition to Defendant's Motion to Dismiss.

    The plaintiff asks the court for a motion to extend time, to oppose the defendant's motion to dismiss. The purpose of the motion to extend time, is that defendant needs to perform legal research to oppose the defendant's motion, and that the plaintiff would like to seek a class action counsel, because the plaintiff has discovered that the defendant as a matter of official policy intentionally discriminates on the basis of race according to their own official documents.

    Moreover the plaintiff is severely disabled and unemployed, he was previously using ethereum mining to support his basic needs, however the Ethereum system has moved from "proof of work" to "proof of stake", and therefore he no longer receives income from that source. The plaintiff applied to an free and open source software developer grant of $1000, he received $500 of that on september 28th, and he needs to complete the grant deliverables if he is to receive the remaining $500.
https://forum.algovera.ai/t/clean-up-legal-text-dataset-for-machine-learning/159

    The plaintiff requests 2 weeks of extension, 1 week to work on the deliverables, and 1 week to complete the legal research, draft the motion in opposition, and to seek class action counsel. Plaintiff would also like to reiterate that not having a bank account also creates significant hardships, and that he provided his assent for the defendant to extend time to answer the complaint.

Date   Oct 24, 2022

/S/ Benjamin Barber

*Ben Barber* (signature)