In the US District Court for the State of Oregon

Benjamin Jay Barber
V.
Unitus Community Credit Union,
Rebecca Rich, in her official capacity
as branch manager for Unitus
Unknown John Doe, in his official capacity as
bank teller for Unitus

Case No. 3:22-cv-00134-MO

Motion for a Show Cause Order

Plaintiff was awarded a settlement check in a previous litigation in this court in Great Northern Resources et al v. Katy Coba, et al case no 3:20-cv-0186-IM USDC D.Or.

"The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S. Code § 1651

Plaintiff believes that the courts authority extends to its ability to order third parties to assist with carrying out its orders and judgements, from that previous matter.

Plaintiff requests the court to order the defendant to show cause, as to why they have so far refused to allow the plaintiff to open a bank account with their organization, so that he could deposit the award that he was given by the court, and why they should not be ordered by this court to do so.

Plaintiff has reviewed all previous documents by opposing counsel, and has not been given an explanation as to why he is now still being denied banking services. Plaintiff had previously offered to settle the action and provide substantial documentation of his identity, if the defendant would remedy the injury by opening an account and assisting him with getting the payment issued through the settlement administrator.

Plaintiff seeks prospective relief, so that he can get the financial relief he was awarded, given the state of his financial affairs. Moreover, the plaintiff believes that defendants intransigence with regards to this, indicates more than a mere mistake, but rather some sort of discriminatory animus, as a mere mistake should have been remedied by now.

Date 11/28/2022

/s/ Ben Barber

In the US District Court for the State of Oregon

Benjamin Jay Barber
V.
Unitus Community Credit Union,
Rebecca Rich, in her official capacity
as branch manager for Unitus
Unknown John Doe, in his official capacity as
bank teller for Unitus

Case No. 3:22-cv-00134-MO

Certificate of Service

On November 28th the plaintiff sent a copy of the motion to amend, and the motion to extend time, to the defendant by US mail first class to the address as follows.

FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

Date 11/28/2022                    Ben Barber