IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BENJAMIN JAY BARBER,**

    Plaintiff,

v.

**UNITUS COMMUNITY CREDIT UNION et al.,**

    Defendants.

No. 3:22-cv-00134-MO

JUDGMENT

**MOSMAN, J.,**

Pursuant to my Order and Opinion [ECF 42], it is hereby ORDERED AND ADJUDGED that all claims in the above-captioned action are DISMISSED WITH PREJUDICE. Any pending motions are DENIED as moot.

DATED this 4th day of January, 2023.

                                      MICHAEL W. MOSMAN
                                      Senior United States District Judge

1 – JUDGMENT