In the US District Court for the State of Oregon    FILED23 JAN '23 10:14USDC-ORP

Benjamin Jay Barber,
V.
Unitus Community Credit Union,

Case No. 3:22-cv-00134-MO

Notice of Appeal

    Benjamin Barber hereby provides notice of appeal of this order of dismissal, for failure to allow a motion to amend the complaint. Plaintiff received an envelope postmarked 1/5/2023, he is delivering this VIA USPS mail first class on opposing counsel on 1/19/2023, included is the envelope he received the mail from the court. 1/5/2023.



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE • PORTLAND, OREGON 97204-2902

**OFFICIAL BUSINESS**



02 1P   $ 000.81⁰
0000911169   JAN 05 2023
MAILED FROM ZIP CODE 97204

Benjamin Jay Barber
10043 Se 32nd Ave
Milwaukie, OR 97222



# UNITED STATES POSTAL SERVICE.

MILWAUKIE
11222 SE MAIN ST
PORTLAND, OR 97222-7748
(800)275-8777

01/19/2023                                04:05 PM
------------------------------------------------
                    Duplicate
------------------------------------------------
Product              Qty    Unit       Price
                            Price
------------------------------------------------
First-Class Mail®     1                $0.60
Letter
    Portland, OR 97204
    Weight: 0 lb 0.50 oz
    Estimated Delivery Date
        Sat 01/21/2023
    Certified Mail®                    $4.00
        Tracking #:
            70220410000224189189
    Affixed Postage                   -$4.60
        Affixed Amount: $4.60
Total                                  $0.00

------------------------------------------------
Grand Total:                           $0.00
------------------------------------------------
------------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
              1-800-222-1811.

             Preview your Mail
             Track your Packages
             Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

     Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



         or call 1-800-410-7420.

------------------------------------------------

UFN: 406757-0022
Receipt #: 840-59700104-3-3208717-2
Clerk: 15