UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BENJAMIN BARBER,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>UNITUS COMMUNITY CREDIT UNION; et al.,<br><br>   Defendants - Appellees. | No. 23-35062<br><br>D.C. No. 3:22-cv-00134-MO<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered June 04, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT